DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BUTLER PLUMBING, INC.** and **JON SABAROFF,**
Appellants,

v.

**DEER CREEK CONDOMINIUM COUNTRY CLUB ESTATES I
ASSOCIATION, INC.,** et al.,
Appellees.

No. 4D22-549

[April 6, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE-21-007775.

Tyler E. Mesmer of Topouzis & Associates, P.C., Miami, for appellants.

Seth A. Kolton and Ryan M. Blitz of Shendell & Pollock, P.L., Boca Raton, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***